United States District Court
Southern District of Texas
**ENTERED**
March 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IFONE NEDA INTERNET SERVICE, INC.**, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-0330 |
| | § | |
| **ARMY & AIR FORCE EXCHANGE SERVICE**, *et al*, | § § § § | |
| Defendants. | § | |

### ORDER FOR EXPEDITED RESPONSE AND NOTICE OF SETTING

Plaintiffs have filed a Motion for Leave to File an Amended Complaint. (Docs. 36, 37.) Any Defendants opposed to the motion should file a response no later than Wednesday, March 24 at 5:00 p.m. This case is set for a telephonic status conference on Friday, March 26 at 2:00 p.m. Parties may attend by calling the Court's dial-in number at (713) 250-5238. The Conference ID is 45238, and the Passcode is 13579.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on March 19, 2021.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE